IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID MARRERO, <br> # 14433-004, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:14-CV-158-WKW |
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) | |
| Respondent. | ) | |

## **ORDER**

On December 8, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) Petitioner's 28 U.S.C. § 2255 motion (Doc. # 1) is DENIED;

(2) The Recommendation is ADOPTED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 6th day of January, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE